**Entered on Docket
December 15, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191
Attorneys for *Wilshire Credit Corporation as servicer for Deutsche Bank National Trust Company as Trustee for the MLM1 Trust Series 2005 AR1*

*E-lodged: December 9, 2009*

### UNTIED STATES BANKRUPTCY COURT

### DISTRICTOF NEVADA

| | |
|---|---|
| In Re:<br><br>PHILLIP J, DELONG; DEBORA K. DELONG,<br><br><br>Debtor. | Case No. 08-13522-LBR<br>Chapter 13<br><br>Date: July 14, 2008<br>Time: 9:30 a.m. |

**EX PARTE ORDER TERMINATING THE AUTOMATIC STAY FOR FAILURE TO CURE PURSUANT TO THE TERMS OF THE ADEQUATE PROTECTION ORDER**

Pursuant to the Second Amended Adequate Protection Order entered on June 10, 2009, the above referenced Debtors were obligated to maintain regular monthly payments to Secured Creditor.

Debtors have failed to comply thereby necessitating written notice(s) of default.

Based on the failure to cure and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Automatic Stay in

the above-entitled Bankruptcy case is immediately extinguished as to the Debtor and the Trustee in favor of Secured Creditor, *Wilshire Credit Corporation as servicer for Deutsche Bank National Trust Company as Trustee for the MLM1 Trust Series 2005 AR1,* as it pertains to the following property generally described as:

    2344 Heather Valley Drive, Las Vegas, Nevada 89134.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the subject property.

IT IS SO ORDERED.

DATED this 9th day of December, 2009.

*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq.
BROOKS BAUER LLP
300 S. 4th St., Suite 815
Las Vegas, Nevada 89101